Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−25686−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Jane Hendrix
   900 North Barnegat Blvd.
   Apartment 1604
   Barnegat, NJ 08805

Social Security No.:
   xxx−xx−0557

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/22/19 at 09:00 AM

to consider and act upon the following:

*32* – Objection to (related document:30 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 1/2/2019. (Attachments: # 1 Proposed Order) filed by Trustee Albert Russo) filed by William H. Oliver, Jr. on behalf of Susan Jane Hendrix. (Oliver, Jr., William)

Dated: 12/28/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court