UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 Highway 33, Suite 112, PO Box 667
Neptune, NJ 07753
bkwoliver@aol.com
732-988-1500/FAX 732-775-7404

In re:

SUSAN JANE HENDRX,

          Debtor

Order Filed on February 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.  17-25686

Chapter:   13

Hearing Date:  n/a

Judge:  Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, number two (2) through __2__ is hereby **ORDERED.**

**DATED: February 7, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $____700_____ for services rendered and expenses in the amount of $___31____ for a total of $_____731____. The allowance shall be payable:

_XX_ through the Chapter 13 plan as an administrative priority.

____ outside the plan.

The debtor's monthly plan is modified to require a payment of $__463____ per month for ___1___ month AND THEN $__227__ per month for __42__ months to allow for payment of the aforesaid fee.