Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–25686–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Susan Jane Hendrix
 130 Jericho Road
 Tuckerton, NJ 08087

Social Security No.:
 xxx–xx–0557

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 19, 2017.

On 3/20/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:        April 23, 2019
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 21, 2019
JAN: vpm

Jeanne Naughton
Clerk