Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–25686–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Jane Hendrix
   130 Jericho Road
   Tuckerton, NJ 08087

Social Security No.:
   xxx–xx–0557

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on October 19, 2017.

   On 3/20/2019 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    April 23, 2019
Time:                    10:00 AM
Location:                Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

   Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 21, 2019
JAN: vpm

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-25686-MBK
Susan Jane Hendrix                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Mar 21, 2019
                             Form ID: 185          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
```
db            +Susan Jane Hendrix,   130 Jericho Road,   Tuckerton, NJ 08087-1411
516979828     +Atlantic Heights Holding, LLC,   PO Box 580,   Lakewood, NJ 08701-0580
516988771     +Charles D. Bauer, Esq.,   489 Aurora Place,   Brick, NJ 08723-5063
516979832     +Client Services,   3451 Harry S. Truman Blvd.,   Saint Charles, MO 63301-9816
516979833     +Commonwealth Financial Systems,   245 Main St,   Dickson City, PA 18519-1641
516979834     +Debt Recovery Solution,   Attention: Bankruptcy,   6800 Jericho Turnpike   Ste 113e,
               Syosset, NY 11791-4401
517190534     +FirstEnergy,   101 Crawford's Corner Rd.,   Bldg # 1., Ste 1-511,   Holmdel, NJ 07733-1976
516979836     #+Global Lending Service,   5 Concourse Pkwy Ne Ste,   Atlanta, GA 30328-7104
516979838     +IC Systems, Inc,   444 Highway 96 East,   St Paul, MN 55127-2557
516979840      Jersey Central Power & Light,   PO Box 16001,   Reading, PA 19612-6001
516979841     +LSF8 Master Participation Trust,   c/o Fein, Such, Kahn & Shepard, P.C.,
               7 Century Drive, Suite 201,   Parsippany, NJ 07054-4609
516979842     +Medical Practice Mgmt Assoc.,   1138 E. Chestnut Avenue,   Suite 7C,   Vineland, NJ 08360-5053
516979844     +Mpma Inc,   1138 E Chesnut Ave Ste 7,   Vineland, NJ 08360-5053
516979848      NWP Services Corp,   PO Box 553178,   Detroit, MI 48255-3178
517033651     +Navient Solutions, LLC. on behalf of,   NJHEAA,   PO BOX 548,   Trenton, NJ 08625-0548
517033652      Navient Solutions, LLC. on behalf of,   United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,   Wilkes Barre, PA 18773-9430
516979846      New Jersey Natural Gas,   633 Lake Avenue,   Asbury Park, NJ 07712-7108
516979847     +Northland Group Inc.,   PO Box 390846,   Minneapolis, MN 55439-0846
516979850     +Stafford Surgical Specialist,   A/R Department,   201 West Passaic Street #201,
               Rochelle Park, NJ 07662-3128
516979851     +State of New Jersey,   Division of Taxation,   PO Box 245,   Trenton, NJ 08602-0245
517558765      United Student Aid Funds, Inc. (USAF),   PO Box 8961,   Madison WI  53708-8961
516979853     +Wells Fargo Bank, N.A.,   PO Box 5058,   Portland, OR 97208-5058
516979854     +Wells Fargo Home Mortgage,   att Bankruptcy,   420 Montgomery Street,
               San Francisco, CA 94104-1207
516979855      Xfinity/Comcast,   1701 John F. Kennedy Blvd.,   Philadelphia, PA 19103-2838
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:16    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516979826     +E-mail/Text: bkrpt@retrievalmasters.com Mar 21 2019 23:46:14    AMCA,   PO Box 1235,
               Elmsford, NY 10523-0935
516979827     +E-mail/Text: bnc-capio@quantum3group.com Mar 21 2019 23:46:13    AssetCare, LLC,   PO Box 1127,
               Sherman, TX 75091-1127
516979829     +E-mail/Text: bankruptcies@banfield.net Mar 21 2019 23:46:42    Banfield Pet Hospital,
               18101 SE 6th Way,   Vancouver, WA 98683-7509
516979830     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 23:49:15    Capital One,
               Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
516979831     +E-mail/Text: bankruptcy@certifiedcollection.com Mar 21 2019 23:46:08
               Certified Credit & Collection Bureau,   PO Box 336,   Raritan, NJ 08869-0336
516979835     +E-mail/PDF: pa_dc_ed@navient.com Mar 21 2019 23:48:45    Dept Of Ed/Navient,
               Attn: Claims Dept,   PO Box 9635,   Wilkes Barr, PA 18773-9635
516979837      E-mail/Text: bankruptcy@glsllc.com Mar 21 2019 23:45:24    Global Lending Services,
               PO Box 10437,   Greenville, SC 29603
517142253      E-mail/Text: bankruptcy@glsllc.com Mar 21 2019 23:45:24    Global Lending Services LLC,
               1200 Brookfield Blvd Ste 300,   Greenville, South Carolina 29603
517248691     +E-mail/Text: cio.bncmail@irs.gov Mar 21 2019 23:45:49    Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
516979843      E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Mar 21 2019 23:46:48
               Meridian Health Payment,   PO Box 417140,   Boston, MA 02241-7140
516979845     +E-mail/Text: pa_dc_claims@navient.com Mar 21 2019 23:49:14    Navient,   Attn: Bankruptcy,
               Po Box 9500,   Wilkes-Barr, PA 18773-9500
517136817      E-mail/PDF: pa_dc_claims@navient.com Mar 21 2019 23:49:14
               Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
516979849      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:49:12
               Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
517142644      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:48:12
               Portfolio Recovery Associates, LLC,   C/O Dell Financial Services, LLC,   POB 41067,
               Norfolk VA 23541
517109924      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:48:13
               Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
               Norfolk VA 23541
517145371      E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2019 23:46:10
               Quantum3 Group LLC as agent for,   CP Medical, LLC,   PO Box 788,   Kirkland, WA  98083-0788
516979852     +E-mail/Text: wfenelectronicbankruptcynotifications@verizonwireless.com Mar 21 2019 23:45:21
               Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 21, 2019
                             Form ID: 185              Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517095787        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2019 23:49:22       Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                         TOTAL: 20
```

```
                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516979839*        Internal Service Revenue,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.   on behalf of Debtor Susan Jane Hendrix bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                              TOTAL: 4
```